UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HARRY SARGEANT, III, a Florida citizen, and )<br>IOTC AIR, LLC, a Florida limited liability company, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HAWKER BEECHCRAFT CORPORATION, )<br>f/k/a Raytheon Aircraft Company, )<br>a Kansas corporation, )<br>)<br>Defendant. )<br>_____/ | Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To:   Hawker Beechcraft Corporation
      R/A Pamela R. Bailey
      9709 East Central
      Wichita, KS 67206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Roger S. Kobert, Esquire
   Rafferty, Kobert, Tenenholtz, Bounds & Hess, P.A.
   1401 Brickell Avenue, Suite 825
   Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____        _____
                              *Signature of Clerk or Deputy Clerk*