# EXHIBIT "2"

 **Raytheon Aircraft Company**
**Aircraft Purchase Agreement**  **HORIZON**

| 'Seller': | 2. "Buyer": | |
|---|---|---|
| Raytheon Aircraft Company | Name: | IOTC Air, LLC |
| 10511 E. Central | Address: | 3020 Military Trail, Suite 100 |
| Wichita, Kansas 67206 | City, State Zip: | Boca Raton, FL 33431 |
| FAX:(316) 676-1910 | FAX Number: | (305) 999-9506 |

3. Seller and Buyer hereby enter into this Aircraft Purchase Agreement ("Agreement") for the sale and purchase of one (1), Hawker Horizon Model 4000 Aircraft S/N RC-8 referred to hereafter either individually or collectively as the "Aircraft". A copy of the Aircraft Specification & Description (preliminary) (which includes SELLER'S LIMITED WARRANTY), dated November 2005 (the "Specification") applicable to the Aircraft is attached hereto as Exhibit "A".

4. Buyer hereby agrees to pay for the Aircraft as follows:

| | | |
|---|---|---|
| 2005 Aircraft Base Price of Eighteen Million Eight Hundred Ninety Six Thousand United States Dollars (US$18,896,000.00). | $ | 18,896,000.00 |
| Less: Sales Discount and Demonstrator Discount | $ | (1,300,000.00) |
| Total Aircraft Purchase Price As Equipped | | 17,596,000.00 |
| Less: Initial Deposit Due upon execution of this Agreement | $ | (1,000,000.00) |
| Additional Deposit No.1: Due August 30, 2006 | $ | (3,000,000.00) |
| Balance Due at Delivery | $ | 13,596,000.00 |

5. The following Exhibits/Addenda are attached and incorporated herein by reference:
Attachment I – General Terms and Conditions
Exhibit A – Aircraft Specification and Description (preliminary)
Exhibit B – Optional Equipment / Modification selections
Addendum I

Estimated Delivery Date: December 2006

ON OR BEFORE TWELVE (12) MONTHS PRIOR TO THE ESTIMATED DELIVERY DATE SELLER SHALL NOTIFY BUYER OF 'HE "SCHEDULED DELIVERY DATE" FOR THE AIRCRAFT.

SPECIFICATION REQUIREMENTS AND SPECIAL REGISTRATION NUMBER REQUESTS ARE DUE TO SELLER ON OR BEFORE TWELVE (12) MONTHS PRIOR TO THE AIRCRAFT'S SCHEDULED DELIVERY DATE. BUYER AGREES THAT REQUIREMENTS OR SELECTIONS RECEIVED AFTER THIS DUE DATE MAY RESULT IN A CHANGE, AT SELLER'S SOLE DISCRETION, IN THE SCHEDULED DELIVERY DATE, SERIAL NUMBER OR TOTAL AIRCRAFT PURCHASE PRICE AS EQUIPPED.

ENTIRE AGREEMENT: BUYER AND SELLER AGREE THAT THE SALE AND PURCHASE OF THE AIRCRAFT IS GOVERNED SOLELY BY THE TERMS AND CONDITIONS SET FORTH (1) ABOVE, (2) ON ATTACHMENT I, (3) IN THE ADDENDA AND EXHIBITS ATTACHED, AND (4) IN ANY AMENDMENTS. THIS AGREEMENT EMBODIES THE ENTIRE AGREEMENT OF THE PARTIES WITH RESPECT TO THE SUBJECT MATTER INVOLVED. ALL PREVIOUS COMMUNICATIONS OR AGREEMENTS, WHETHER WRITTEN OR ORAL, BETWEEN THE PARTIES, ARE SUPERSEDED BY THIS AGREEMENT

THE BUYER HAS READ AND UNDERSTANDS THE COMPLETE AGREEMENT. BUYER HAS BEEN GIVEN A COPY OF THIS AGREEMENT.

Accepted By Seller:                                          Accepted by Buyer:

By: _Lori J. Day_                                           By: _(signature)_
Name: _Lori J. Day_                                         Name: _Henry Sargent III_
Title: _Manager - Contract Programs_                        Title: _President_
Date: _12-20-05_                                            Date: _8 Dec 05_
"Seller"                                                     "Buyer"

ATTACHMENT I

## General Terms and Conditions

1.     Seller will give Buyer written notification of the "Confirmed Delivery Date", the actual date the Aircraft will be ready for delivery. The Aircraft's Estimated Delivery Date is preliminary and is stated on the face of this Agreement.

2.     The Aircraft will be delivered to Buyer free of all encumbrances, together with a current United States Certificate of Airworthiness and a FAA Bill of Sale. Title to the Aircraft shall remain with Seller until Buyer accepts delivery of and pays Seller for the Aircraft.

3.     Buyer will make all payments in United States dollars at Wichita, Kansas U.S.A., by wire transfer to: Raytheon Aircraft Company, Fleet Bank, 100 Federal Street, Boston, Massachusetts, 02110 U.S.A., Account #0053321112, ABA #011 000 390, Re: Buyer's name and Aircraft serial number.

4.     Buyer will accept Aircraft delivery on or before the seventh (7th) day following the Confirmed Delivery Date ("Acceptance Date"), subject to Buyer's ground and flight acceptance inspections. Seller shall have a reasonable time to correct any deficiencies and, if necessary, the Confirmed Delivery Date shall be adjusted accordingly. Delivery terms are Ex Works, Seller's factory in Wichita, Kansas U.S.A., or at such other location as is mutually agreeable to both Buyer and Seller.

5.     Buyer will pay all taxes, excises, tariffs, charges or additions thereto levied, assessed, or required by law to be paid by Buyer upon the sale of the Aircraft. If Buyer claims that this transaction will be exempt from Kansas Sales Tax, Buyer agrees to execute and deliver to Seller an appropriate affidavit specifying the justification for such exemption.

6.     If Buyer (i) for any reason, does not accept Aircraft delivery on or before the Acceptance Date, (ii) informs Seller that Buyer will not accept Aircraft delivery on or before the Acceptance Date, or (iii) breaches any term or condition contained in this Agreement, Seller shall have the right to terminate this Agreement and retain all deposits previously paid by Buyer as liquidated damages and not as a penalty.

7.     If Seller fails to deliver the Aircraft within one hundred eighty (180) days after the Scheduled Delivery Date, Buyer shall have the right to terminate this Agreement effective upon the date of receipt by Seller of Buyer's written notice of termination ("Termination Date"). On or before the thirtieth (30th) day following the Termination Date, Seller shall return all deposit(s) previously paid by Buyer, less the value of any entitlement training previously taken (if any) as provided for herein together with interest calculated from the date Seller received such deposit(s) through the Termination Date. Interest shall be calculated at the five (5) year U.S. Treasury Note Monthly Rate in existence on the Termination Date. The foregoing return of deposit(s) plus interest shall be Buyer's exclusive remedy for Seller's failure to perform hereunder.

IN NO EVENT SHALL SELLER BE LIABLE FOR INDIRECT, SPECIAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES ARISING OUT OF OR RELATED TO SELLER'S PERFORMANCE UNDER THIS AGREEMENT

WHETHER GROUNDED IN TORT, CONTRACT, CIVIL LAW OR OTHER THEORIES OF LIABILITY.

9.     Until the Acceptance Date, Seller shall have the right, without the prior consent of Buyer, to make changes in the Aircraft and to substitute equivalent equipment, accessories or material; provided that such changes or substitutions shall not adversely affect the price, time of delivery or performance of the Aircraft or significantly affect its design, weight or balance. Where such changes are required by the FAA or by the Buyer's cognizant airworthiness authority becoming effective subsequent to the date of this Agreement, the cost of such changes or substitutions shall be borne by Buyer.

10.     All notices shall be in writing, addressed to the receiving party at its address shown on the front of this Agreement (unless a party gives the other party written notification of a change of such address) and shall be sent by either certified mail, or by facsimile with a copy sent by first class mail or by courier delivery.

11.     Amendments to this Agreement may be made only in writing signed by Buyer and Seller.

12.     This Agreement is not assignable or transferable by Buyer without the prior written consent of Seller.

13.     This Agreement shall be governed by the laws of the State of Kansas.

14.     This Agreement including the Exhibits / Addenda attached hereto is confidential between the Seller and Buyer. The terms and conditions set forth herein may not be disclosed in any fashion, either in whole or in part, to any third party (excluding governmental authorities and the disclosing party's legal counsel, financial institution, accountants and other relevant personnel with a need to know) unless the party desiring to make such disclosure first obtains the express written approval of the other party.

15.     In the event the sale and purchase of the Aircraft represents an international transaction, and unless otherwise specified herein, the Aircraft is sold to Buyer for business use only.

EXHIBIT A

# Hawker 4000

## Aircraft Specification & Description





**Raytheon** Aircraft Company

 **Specification & Description**

## Contents

Introduction .................................................................................................... 1

1. General Description ..................................................................................... 2

2. Design Weights & Capacities ...................................................................... 3

3. Performance ................................................................................................ 4

4. Structural Design Criteria ........................................................................... 4

5. Fuselage ...................................................................................................... 5

6. Wing ............................................................................................................ 7

7. Empennage .................................................................................................. 7

8. Landing Gear ............................................................................................... 8

9. Powerplants ................................................................................................. 9

10. Thrust Reversers ....................................................................................... 10

11. Auxiliary Power Unit ................................................................................ 10

12. Systems ..................................................................................................... 10

13. Flight Compartment and Avionics ........................................................... 16

14. Interior ...................................................................................................... 22

15. Exterior ..................................................................................................... 24

16. Additional Equipment .............................................................................. 24

17. Emergency Equipment .............................................................................. 24

18. Documentation & Technical Publications ................................................ 24

19. Factory Aircraft and Comprehensive Tracking System ........................... 25

20. Hawker 4000 New Aircraft Limited Warranty ......................................... 25

21. Hawker 4000 Crew Training Agreement .................................................. 30

# Specification & Description



---

## Introduction

This Specification and Description document is published for the purpose of general information for the evaluation of the design, performance and equipment of the Hawker 4000 aircraft. Should more detailed data be required, it can be obtained by contacting:

Hawker
Raytheon Aircraft Company
P.O Box 85
Wichita, Kansas 67201-0085
Attention: Contracts Administration, Dept. 191

Telephone: 316.676.7111
Fax: 316.676.1910

This document describes only the Hawker 4000 aircraft, its powerplants and equipment. Also included are the warranties applicable to the Hawker 4000 aircraft, Pratt & Whitney (Canada) PW308A engine, Honeywell Avionics Equipment as well as the Hawker 4000 crew training agreement. In the event of any conflict or discrepancy between this document and the Aircraft Purchase Agreement to which it may be appended, terms specified in the Aircraft Purchase Agreement shall prevail.

Raytheon Aircraft reserves the right to revise this document in the future based on changes to the Hawker 4000 aircraft resulting from product improvements, government regulations or other good cause as long as such revisions do not result in a significant reduction in performance standards.

Copyright © 2005 Raytheon Aircraft Company. All rights reserved.

1



# Specification & Description

## 1. General Description

The Hawker 4000 is a twin turbofan engine, swept wing executive jet aircraft featuring a composite fuselage, composite empennage and a metal wing. Standard seating is for 8 passengers and their baggage plus a minimum crew of two. The aircraft has optional seating layouts, which can accommodate up to 10 passengers.

Powerplants are two Pratt & Whitney (Canada) PW308A turbofan engines, pylon mounted on the rear fuselage.

The Hawker 4000 is to be certified in accordance with FAR Part 25 thru Amendment 101 and FAR Part 36 noise requirements.

**Approximate Dimensions**

| | |
|---|---|
| Overall Height | 19 ft. 7 in. (5.97 m) |
| Overall Length | 69 ft. 2 in. (21.08 m) |

**Wing**

| | |
|---|---|
| Span (overall) | 61 ft. 9 in. (18.82 m) |
| Area | 531 sq. ft. (49.33 sq. m) |
| Sweep (at 25% chord) | 28.4 deg |
| Dihedral | 4.0 deg |
| Aspect Ratio | 7.17 |
| Mean Aerodynamic Chord | 9 ft. 7 in. (2.92 m) |

**Horizontal Tail**

| | |
|---|---|
| Span (overall) | 25 ft. 11 in. (7.90 m) |
| Area | 140 sq. ft. (13.0 sq.m) |
| Sweep (at 25% chord) | 33.5 deg |
| Dihedral | 0 deg |
| Aspect Ratio | 4.80 |

**Vertical Tail**

| | |
|---|---|
| Area | 110.4 sq. ft. (10.26 sq.m) |
| Sweep (at 25% chord) | 45 deg |
| Aspect Ratio | 1.0 |

**Cabin**

| | |
|---|---|
| Length - Cockpit divider to secondary pressure bulkhead | 25 ft. 0 in. (7.62 m) |
| Height | 6 ft. 0 in. (1.83 m) |
| Width | 6 ft. 5.5 in. (1.97 m) |
| Width – at floor | 4 ft. 2 in. (1.28 m) |

**Entrance Door**

| | |
|---|---|
| Height | 5 ft. 6 in. (1.68 m) |
| Width | 2 ft. 6 in. (0.76 m) |

# Specification & Description





## 2. Design Weights & Capacities

Maximum Ramp Weight........................................................................37,700 lb (17,100 kg)
Maximum Take-off Weight ...............................................................37,500 lb (17,010 kg)
Maximum Zero Fuel Weight................................................................25,000 lb (11,340 kg)
Maximum Landing Weight ..................................................................33,500 lb (15,195 kg)
Basic Operating Weight * ....................................................................22,775 lb (10,285 kg)
Fuel Capacity (Useable) @ 6.7 lb per US gallon ...........................14,600 lb (6,622 kg)

*Basic Operating Weight includes standard interior, avionics, unusable fuel, oil, two crew, and a 300 lb. allowance for typical options, manuals, water, galley provisions, etc.*



# Specification & Description

## 3. Performance

All performance data is based on a standard aircraft and International Standard Atmospheric (ISA) conditions and will be validated by flight test and FAA certification. Take-off and landing lengths are based on level, hard surface, dry runways with zero wind. Range data is currently estimated.

Range (M0.82) ...............................................................................................2,917 nm (5,402 km)
Range (M0.75) ...............................................................................................3,108 nm (5,756 km)
(2 crew + 1,200 lb payload. Range allows for taxi, take-off, climb, cruise, descent and NBAA IFR reserves)

Maximum Operating Altitude .......................................................................... 45,000 ft (13,716 m)

Take-off Distance ........................................................................................... 4,509 ft (1,374 m)
(FAR 25, Sea Level, ISA, 37,500 lb/17,010 kg)

Landing Distance ........................................................................................... 2,395 ft (730 m)
(FAR 25, Sea Level, ISA, 25,000 lb/11,340 kg)

Maximum Speed Cruise ........................................................ Mach 0.84/484 kt (896 km/hr)
(ISA, 35,000 ft (10,668 m) altitude, 30,000 lb (13,608 kg)

Noise: The installed propulsion system will meet the Stage 4 noise limitation requirements of FAR Part 36.

Emissions: The PW308 engine complies with the environmental aircraft pollution standards specified in FAR Part 34.

## 4. Structural Design Criteria

The Hawker 4000 will be certified for worldwide operation by day or night, under instrument and known icing conditions. The aircraft is a low wing monoplane with all metal cantilever wing, composite empennage, carbon fiber/epoxy honeycomb fuselage and retractable tricycle landing gear.

Design maneuver load factors are in accordance with FAR Part 25.

At an operating altitude of 45,000 ft (13,716 m), a nominal maximum cabin pressure differential provides a 6,000 ft (1,830 m) cabin altitude.

**Speeds/CG Limitations**

VMO (SL to 8,000 ft) .....................................................................280 KEAS (519 km/hr)
VMO (8000 ft to 20,000 ft) ..............................................................350 KCAS (648 km/hr)
MMO.......................................................................................................................0.84 M

**Flap Extension Speeds**

VFE (Flaps 12 - Take-off, Approach) ...............................................230 KIAS (426 km/hr)
VFE (Flaps 20 - Take-off) ................................................................230 KIAS (426 km/hr)
VFE (Flaps 35 - Landing).................................................................180 KIAS (333 km/hr)

**Landing Gear Operating and Extension Speed**

VLO (Ret) .....................................................................................230 KEAS (426 km/hr)
VLO (Ext) .....................................................................................210 KEAS (389 km/hr)

# Specification & Description



Speeds/CG Limitations (continued)

**Speedbrake Operation**

VSB ...................................................................................... 410 KEAS (VD) (759 km/hr)
MSB ...................................................................................... M0.91 (MD)

**CG Range**

Forward Limits ............................................... 28.6% MAC at 23,000 lb to 25.0% MAC at 25,000 lb
.............................................................. 21.0% MAC between 30,000 lb & 33,500 lb
.............................................................. 22.5% MAC at 37,500 lb
Aft Limits ...................................................... 40.0% MAC at 23,000 lb
.............................................................. 31.0 % MAC between 30,000 lb & 37,500 lb

---

## 5. Fuselage

The all-composite fuselage, made of graphite epoxy laminate and honeycomb core sandwich provides unprecedented structural strength, efficiency and extremely high resistance to fatigue and corrosion. The fuselage is comprised of three main sections; an unpressurized radome section, a pressurized flight deck and cabin section, and an unpressurized tail section.

**Radome Section**

A composite radome is fitted forward of the forward pressure bulkhead, housing the weather radar and other components. The radome is hinged to provide easy access and adequate work clearance during maintenance.

**Pressurized Cabin Section**

The fuselage offers an outside diameter of 84 inches. Coupled with advanced interior materials and components, the resultant interior cabin offers a maximum width of 6 ft 5.5 in. and a flat-floor stand-up height of 6 ft 0 in.

The baggage compartment is both internally and externally accessible and offers 95 cubic feet of storage capacity. In addition, two cabinets in the forward vestibule area provide additional luggage storage area.

The forward vestibule area offers a fully functional galley with ample storage space.

The pressure cabin comprising the flight deck and passenger compartment, runs from the forward pressure bulkhead to the rear pressure dome. Structural pressure walls form the boundary of the nose gear bay in the flight compartment.

Attachment fittings for the wing are of high strength titanium and attach through metal ringframes at the front and rear spar positions.

The primary aft pressure bulkhead is the aft primary interface between the pressurized and unpressurized portions of the aircraft. Forward of this is the secondary aft pressure bulkhead, a flat composite bulkhead that separates the passenger compartment from the baggage compartment. A door is installed in this bulkhead for access to the baggage compartment in flight below 40,000 ft.



# Specification & Description

## Fuselage (continued)

### Flight Compartment Windows

The flight compartment has two forward facing windshields and an additional window on each side. The windshield panels are manufactured from fail safe glass. The front windshield is single curvature, with the side panels being double curvature. The front windshield and side panels are electrically heated via an electrically conductive film located between the window layers. As a result of the windshield slope, with the application of a rain repellent coating on the glass, rain is repelled adequately without requiring windshield wipers or blowers.

### Passenger Windows

Seven windows of 'dry-air sandwich' construction are provided on each side of the passenger compartment. The inner pane of each window assembly is capable of sustaining the full cabin differential pressure in the event of outer pane failure.

### Entrance Door

An outward opening, electrically operated, drop-down door with integral steps is located on the left side of the fuselage, forward of the wing. There are switches to control door operation, one on the outside of the airplane and one on a cabinet inside the airplane. From either switch the door can be electrically raised to the nearly closed position where the door lever is used to completely close the door. When the door lever is moved to the open position, the door will open, then coast down to the entry stair position.

### Emergency Exits

One emergency exit door, incorporating a passenger window is provided on the right-hand side of the cabin over the wing. This door can be opened from inside or outside the aircraft. A locking pin is provided for ground security.

### Rear Baggage Compartment

The rear baggage compartment accommodates 95 cubic feet of baggage within the pressurized area of the cabin. Internal access to baggage can be gained during flight up to 40,000 ft. through a hinged door in the secondary rear pressure bulkhead. An external door is also provided for loading and unloading baggage.

### Aft Fuselage

The aft fuselage section contains an equipment bay which is accessible through an under fuselage door. This bay houses key aircraft components and sub-systems. The in-flight capable Auxiliary Power Unit (APU) is mounted in the aft most section of fuselage. The APU is accessible through clamshell-like doors, which provide superior maintainability and accessibility.

### Fairings

The aft fairing extends aft from the rear wing spar. This fairing contains the exterior keel beams and systems as required. Access to systems contained within the fairing is provided by access panels and by removal of the fairing.

# Specification & Description



---

## 6. Wing

The all-new wing has been designed exclusively for the Hawker 4000. The moderate sweep, supercritical, aft loaded airfoil offers excellent high speed characteristics for superior cruise and range performance. In addition, the outstanding low speed performance results in exceptional field performance and docile, pilot-friendly handling qualities.

The wing is assembled into a one piece structure that is contoured to fit underneath the fuselage. It attaches to the fuselage at five attachment points (two vertical load attachment points on each spar, a horizontal load attachment point on the front spar and a spigot type fitting on the rear spar to transfer drag loads). A major portion of the wing is sealed to form an integral fuel tank. The wing assembly includes flight controls/control surfaces, a removable leading edge, a leading edge anti-ice system, fuel plumbing, main landing gear installation, electrical systems, electrical bonding and hydraulic systems. Access panels are conveniently located throughout the wing to provide adequate access during maintenance.

### Ailerons and Roll Spoilers

The manually operated ailerons, actuated by cables and push rods, are both mass and aerodynamically balanced. The left aileron incorporates a geared/trim tab while the right aileron has only a geared tab.

The outboard and midboard spoilers on each wing operate in conjunction with the ailerons to provide lateral control. The spoilers are electrically signaled and hydraulically driven.

Additionally, the spoilers serve as speed brakes in flight, deflecting to any setting commanded by the pilot, from 0° to 35°. Lift dump is provided on the ground by deploying all spoilers to 60° deflection.

### Flaps

Double slotted flaps, with two panels per side, are hinged on two external hinges below the wing and extend from the fuselage side to just inboard of the aileron.

The flap system is electronically controlled and electrically powered. Upon command by the pilot, the flap motor will drive the flap surfaces to the commanded position and the electronic control unit will control the asymmetry brake module.

The flap control lever has four positions: 0°, 12°, 20° and 35°.

---

## 7. Empennage

The empennage consists of a vertical stabilizer and a fully trimmable horizontal stabilizer utilizing dual electric motors for pitch trim system redundancy. Elevators are hinged to the trailing edge of the horizontal stabilizer and are operated through a cable/pulley assembly connected to the control column. The hydraulically operated rudder is attached to the trailing edge of the vertical stabilizer.

The horizontal stabilizer has two aluminum spars with aluminum ribs installed between the spars. The upper and lower skin assemblies are one piece root-to-tip design and consist of graphite/epoxy composite sandwich construction. The stabilizer pivots on a four-lug fitting. The removable leading edges incorporate an Electro Magnetic Expulsive De-icing (EMED) system for ice protection. The aerodynamic fairings are of composite construction and do not require ice protection.

 **Specification & Description**

#### Empennage (continued)

The elevator consists of a fully balanced three hinge aluminum surface with an aluminum geared tab.

The vertical stabilizer has three aluminum spars with aluminum ribs. The skin assemblies are of graphite/epoxy composite sandwich construction. No ice protection is required for the leading edge of the vertical stabilizer. The over-fin fairing is of composite construction and requires no ice protection.

The rudder consists of a four-hinge aluminum/composite surface that is electrically signaled and hydraulically actuated.

A white position light is located on the rearmost section of the overfin fairing and a red anti-collision strobe is located on top of the overfin.

## 8. Landing Gear

The Hawker 4000 is equipped with a fully retractable tricycle landing gear. The main landing gear features trailing link suspension for superior handling and ride qualities. Each main landing gear leg has twin wheels, which retract inboard into the fuselage. The nose gear uses a conventional air over oil shock strut with twin wheels, which retract forward into the fuselage. The landing gear is electrically signaled and hydraulically actuated. The nose gear doors are sequenced to open for gear extension and retraction and close after the gear swing is complete.

The landing gear may be extended at speeds up to 230 KEAS or retracted at speeds up to 210 KEAS. The landing gear position and warning system provides visual and aural indications of landing gear position.

When the aircraft is on the ground, a latch engages to prevent selection of the 'gear up' position on the control lever. If this latch fails to automatically disengage when the airplane becomes airborne (as sensed by the weight on wheels system), an override control is provided to allow retraction of the gear.

An 'emergency landing gear extend' system is employed in the event the landing gear cannot be lowered as a result of component or hydraulic system failure.

#### Nosewheel Steering

The nose gear incorporates a digital steer-by-wire steering system that is operated by a hand wheel located in the left hand side console of the cockpit and allows for a ± 70 degree steering angle.

The steer-by-wire system is electrically signaled and controlled with hydraulic actuation. Steering can also be accomplished with differential braking should the steering system fail. As the nose landing gear is being retracted, it is stowed in a neutral position by mechanical centering cams. Nose wheel steering is activated when the aircraft is on the ground (as sensed by the weight-on-wheels system).

A steering disconnect is installed in the torque links, permitting free 360° rotation of the nosewheel for towing purposes.

#### Brakes

The main landing gear wheels are equipped with a digital brake-by-wire system electrically signaled from toe operated brake pedals (part of the rudder pedals) available to both crew members. A brake temperature monitoring system provides an overheat condition for annunciation/indication on the Engine Indicating and Crew Alerting System (EICAS).

## Specification & Description



Brakes (continued)

Carbon brake assemblies with multiple rotors and stators are installed on each of the four main landing gear wheels. The brake system is powered by both main hydraulic systems, with each system supplying one wheel brake on each main gear. An automatic system applies brake pressure after take-off to stop the wheels prior to gear retraction.

Each main wheel incorporates a wheel speed sensor transducer and hubcap assembly that senses wheel speed and controls braking function through the anti-skid system to prevent skidding and loss of braking effectiveness during the braking cycle. The anti-skid system can be turned off at the pilot's discretion. In the event the anti-skid system fails or is selected off, normal braking without anti-skid protection is available.

When hydraulic pressure is not available from either engine driven pump, the main hydraulic system accumulators are used to supply emergency and parking brake power. In the event of loss of electrical power, emergency braking is provided by actuation of a hand lever in the cockpit. This lever is also used to provide static (parking) braking.

## 9. Powerplants

The Hawker 4000 is powered by two aft mounted PW308A turbofan engines manufactured by Pratt & Whitney Canada. The engines are twin spool turbofan jets of modular design for ease of maintenance. Pratt & Whitney Canada offers the PW308A with initial hot section/overhaul guarantees of 3,000 hours and 6,000 hours respectively.

The PW308A produces 6,900 lb. of static thrust on a standard day. The engines are flat rated to ISA+20°C, thus assuring exceptional high/hot performance.

The PW308A features a Full Authority Digital Engine Control (FADEC). Movements of the power levers in the cockpit cause engine power to be adjusted throughout the flight envelope. Each channel of FADEC receives analog electric position signals from the power levers and communicates with the avionics system via digital electric ARINC 429 signals and analog electric signals.

In addition to propulsion, the engines provide hydraulic pump drive, AC generator drive and bleed air for environmental and anti-ice systems and for engine starting. The PW308A has a pneumatic starter. Engine starting power is provided by the APU, an operating engine or an external air power source.

A fire/overheat condition in two zones of each engine nacelle will be detected by a continuous wire loop sensing system. When a fire/overheat condition is detected, visual and aural alarms will be presented in the cockpit. A fire extinguishing system is provided.

 **Specification & Description**

---

### 10. Thrust Reversers

The thrust reversers are of target type design and are hydraulically operated.

Each reverser is mounted on the aft end of each engine forming the exhaust nozzle and when stowed, the aft portion of the nacelle. When deployed, the reverser doors join behind the exhaust nozzle and direct the exhaust gas forward over and under the nacelle. This provides additional deceleration force for ground braking.

### 11. Auxiliary Power Unit

A Honeywell Aerospace Model AE-36-150(HH) Auxiliary Power Unit (APU) is fitted as standard. The APU is a turbine engine that provides air conditioning and electrical power independent of the main engines or ground power units. The system provides bleed air for environmental control system heating/cooling and main engine starting.

The air cooled, AC generator driven by the APU, produces 3 phase 115/200 VAC rated at 15 kVA and is available for both air and ground operations.

The APU system is fully approved for in-flight operation from Sea Level to 34,000 feet (10,363 m). The APU can be operated during refueling.

The APU system is entirely self-monitoring, and in the event of a serious fault, an automatic shutdown of the APU will occur. In addition, the APU will be certified to show complete internal hub and rotor containment and will be approved for unattended ground operation.

### 12. Systems

#### Flight Controls

Dual controls are provided. The elevators control pitch attitude of the aircraft. Roll is controlled through the ailerons and spoiler panels on top of the wing. Yaw control is accomplished by the rudder. The ailerons and elevators are of conventional design and are manually operated through control cables, push-pull rods and mechanical linkages. The rudder is hydraulically powered to enhance single engine operations.

The rudder is electrically signaled using fly-by-wire technology and utilizes a hydraulically powered dual actuator system. During a single engine failure condition, full rudder authority is available to allow the pilot to apply the input necessary to maintain directional control of the aircraft. There is no rudder trim tab on the rudder. Rudder trim is achieved through a cockpit control that biases the rudder left or right of the neutral position. Such displacement of the rudder will feed back to the rudder pedals.

The secondary control system provides electrical trim for the pitch system through the fully trimmable horizontal stabilizer. Roll trim is provided by the electrically powered trim actuator operating a trim tab on the left aileron.

The wing flaps are operated by four ball screw actuators and driven by flex shafts. The flap system is electrically controlled and electrically powered. AC power from the aircraft electrical power is converted to DC power within the flap drive system.

# Specification & Description



### Flight Controls (continued)

Upon pilot selection, the flap motor will drive the flap surfaces to the 'commanded' position and the electronic control unit will control the asymmetry brake modules (one in each wing). Axial load limiters in each actuator provide overload protection.

### Spoiler Panels

Three spoiler panels are provided on each wing. In addition to providing roll control, the midboard and outer panels serve as speed brakes during flight and as a lift dump device during landing. In flight, the speed brake system operates the midboard and outboard spoiler panels to a total travel of 35°.

Upon touchdown, the lift dump system can be used to extend all three-spoiler panels on each wing to a total travel of 60°. The lift dump system can be armed to automatically deploy upon touchdown.

### Fuel System

The fuel system provides an independent fuel supply for each engine and is designed to operate up to 45,000 ft using the following fuels: Jet A, Jet A-1, JP-5, JP-8 and CIS Fuels Type RT and TS-1. All components in the fuel system are compatible with all fuels approved for the PW308A engine.

All fuel storage is provided in two independent integral wing tanks divided into two compartments by the centerline rib. Ribs inside the wing structure are used to form anti-surge compartments. Flapper valves in these compartments prevent fuel from moving outboard within the wing.

Total capacity of the two tanks is 2,180 US gallons (14,600 lb).

The tanks can be gravity filled overwing through fuel caps located at the outboard portion of the wing, or by single point pressure refueling. Pressure refueling of empty tanks can be accomplished in less than 12 minutes from a receptacle in the RH forward wing fairing. The fuel tanks can also be pressure defueled from this same location.

The system has both a 'wing tank to wing tank' transfer capability and a cross-feed capability from either wing tank to one or both engines.

Fuel from each wing tank gravity flows to the feed tank located in the inboard or center section of the wing. Each feed tank is kept full under all flight conditions by operation of three motive flow scavenge jet pumps. Under normal conditions (crossfeed valve closed), fuel flow from each tank to its respective side engine is generated by a motive flow jet pump and the APU is fed from the supply line to the right engine.

As a backup to motive flow feed to the engines, an AC powered pump is installed in each feed tank. A DC powered pump installed in the right tank supplies fuel pressure to the APU and both engines during the start sequence (before motive flow is initiated), when AC voltage is not available.

The wing upper stringer design allows venting to surge tanks in the wing tips. The fuel quantity gauging system is designed to compensate for temperature, fuel type, and aircraft cruise altitudes to provide accuracy within 1% of maximum fuel on the ground and at cruise attitudes.



# Specification & Description

## Hydraulic System

The hydraulic system consists of two independent main systems and a high integrity auxiliary system. The system utilizes mineral based fluid (MIL-H-5606) and has a nominal operating pressure of 3,000 PSI.

Each main system is comprised primarily of an engine driven pump, a hydraulic module, a reservoir, an isolation valve and an accumulator. The two systems are interconnected by a power transfer unit to sustain system operations following the loss of one engine-driven pump. The accumulators supplement engine pump capacity and provide emergency power for wheel brakes and landing gear free-fall assistance.

The auxiliary rudder system is comprised primarily of a continuous duty electric motor driven pump, a reservoir, a filtration system, and two selector valves. The auxiliary system is used for emergency rudder operation.

The hydraulic system in total supports the normal landing gear, landing gear free-fall assistance, wheel brakes, parking brakes, thrust reversers, spoilers, rudder, emergency rudder, standby electrical generator and nose wheel steering.

Service doors, located on each side of the aft fairing, provide access to ground cart coupling points, reservoir volume indicators and fill points, accumulator charge valves and pressure gages, fluid sampling, and system de-pressurizing valves.

## Electrical System

The Electrical Power Generation and Distribution System (EPGDS) consists of engine and APU driven AC generators, Transformer Rectifier Units (TRU's), battery storage devices, an emergency power generator, and a split bus architecture distribution system. All components of the EPGDS are monitored by the aircraft utility system, with status and fault reporting to the cockpit through the avionics displays and the EICAS system. All power source and bus configurations are automatically controlled by the utilities system with manual configuration control provided to the crew for abnormal operations. The system is designed to the requirements of long range flight. Reliability, redundancy and maintainability have remained prime design objectives throughout the development process.

## Primary Electrical Power

Primary power generation is achieved from two (2) independent, oil cooled, high speed, variable frequency, engine driven AC generators producing 3-phase 115/200 VAC rated to 30 kVA. The output frequency will vary with engine RPM from 375 Hz (at ground idle) to 700 Hz (at 100% N2). This frequency range will remain within the 360 to 800 Hz range specified for wide speed range engines by the draft issue of ISO 1540. All power quality metrics, excluding frequency, comply with MIL-STD-704E. Primary DC electrical power is provided by two 250 amp TRU's that convert the AC generated power to produce a 28 VDC bus, complying with MIL-STD-704E.

One AC generator, driven by the APU and air-cooled produces 3 phase 115/200 VAC rated to 15 kVA and is available for both air and ground operations. The output frequency is maintained within the range of 380 Hz to 420 Hz. All power quality metrics, excluding frequency, comply with MIL-STD-704E. The APU generator will be capable of delivering 15 kVA continuously up to an altitude of 27,000 ft, and 10 kVA continuously up to an altitude of 34,000 ft.

# Specification & Description



### Secondary Electrical Power

Two 43 ampere hour lead-acid batteries provide electrical support for the flight-critical loads. These batteries support the APU start and DC ground operations.

### Emergency Electrical Power

One dual-motor, hydraulically driven electrical generator will be the main source of non-time limited electrical power to maintain flight critical electrical loads following the failure of the primary electrical power system. The maximum combined AC and DC load output of the emergency generator will be 4 kW. Emergency lighting in accordance with FAR Part 25.812 is provided by two installed batteries, one forward in the cabin and one aft in the cabin.

### External Electrical Power

Fuselage mounted receptacles are provided to accommodate both AC and DC external power. These receptacles are monitored electronically to prevent the connection of a faulty external power source to the aircraft system.

### Power Bus Structure

The electrical power distribution system uses a multiple bus architecture providing for power distribution to main load busses, emergency busses, standby bus and battery busses. During normal operation, these busses are isolated between LH and RH aircraft systems. During ground and abnormal air operations, bus ties are used to maintain power to essential equipment when all power sources are not available. The power distribution system is controlled and monitored electronically as part of the aircraft utilities system. Fail safe electro-mechanical devices are used to ensure electrical support of the emergency and standby busses.

### Pressurization and Environmental System

The cockpit, cabin, and baggage compartment can be pressurized from 0 to 9.64 PSI differential. Pressurization air is extracted from the compressor section of both engines. Controls are used to automatically regulate cabin pressure altitude and rate-of-change. Outflow/safety valves are installed on the right hand side of the fuselage in the lavatory area. In addition to providing normal control of cabin pressure, these valves also provide maximum positive pressure differential relief and negative pressure relief.

With this system, a cabin altitude of 6,000 feet can be maintained while the aircraft is flying at an altitude of 45,000 feet.

In addition to bleed air provided by the main engines, the in-flight rated APU is capable of providing bleed air to the environmental system on the ground.

The aircraft employs an air conditioning system comprised of two air cycle refrigeration packs, one for the cockpit and one for the cabin, which provide cooling/heating air distribution. The temperature controls reside in the co-pilots console. Bleed air from the engines and/or the APU is the source for conditioned (cold/hot) air produced by routing this bleed air through dual air cycle refrigeration packs.

**Hawker 4000**

# Specification & Description

**Pressurization and Environmental System (continued)**

During ground operations, the system is capable of controlling the cabin at a temperature of approximately 75°F in either very cold conditions (-40°F and 35 MPH wind conditions) or can cool and maintain 87°F in hot conditions (122°F) in less than 20 minutes.

In flight, the air conditioning system is capable of automatically maintaining the cabin temperature of the aircraft to any selected temperature in the range of 65°F to 85°F (±5°F), at all operational outside temperatures. The cabin air control system provides for independent control of the cockpit and passenger compartment temperatures. The passenger compartment temperature levels can be controlled via a selector control in the passenger compartment. The rear baggage compartment stays at the same temperature as the cabin.

The air conditioning system supplies sufficient conditioned airflow to the occupants necessary to meet or exceed the requirements of FAR Part 25.831.

## Oxygen System

The gaseous breathing oxygen system has a capacity of 100 cubic feet. Two (2) oxygen bottles are provided and installed under the cockpit floor. Two additional oxygen bottles are available as an option. Two quick-don, diluter-demand, microphone equipped, crew masks with smoke goggles are provided in the cockpit. Portable protective breathing equipment is provided for one crew member.

Auto-deploy, constant flow, altitude compensated oxygen masks are installed in overhead stowage boxes adjacent to the crew observer seat, passenger seats (number dependent on seating arrangement), lavatory (2 masks), and the vestibule (1 mask).

## Ice Protection System

The aircraft is designed and approved to operate in continuous maximum icing and intermittent maximum icing conditions per Appendix C to FAR Part 25. Parts/systems of the aircraft that have anti-ice protection are: cockpit windows, wing leading edges, horizontal stabilizer leading edges, engine air inlets, pitot and static masts, TAT probe and Angle of Attack (AOA) probes.

De-fog and anti-icing of the front windshields and defog only on the side panels is achieved via electrically conductive transparent film that heats layers within the panels.

The wing leading edges are anti-iced using engine bleed air heat. The hot air is distributed spanwise (inboard to outboard) through the leading edges via piccolo tubes. Bleed air flowing through the piccolo tubes is pressure and temperature regulated.

The horizontal stabilizer leading edges are de-iced utilizing an Electro-Magnetic Expulsive De-icing (EMED) system. The EMED system creates a strong electromagnetic field in the actuators resulting in a mechanical force that causes a small amplitude deflection on the leading edge skin. This force de-bonds and shatters the accreted ice. No ice protection is required for the vertical stabilizer.

Hot engine bleed air is circulated through the engine inlet lip using piccolo tubes, while in icing conditions, to prevent ice accumulation.

## Specification & Description



### Ice Protection System (continued)

The primary pitot and static masts and the auxiliary pitot/static probe are electrically heated. The AOA probes and TAT probe are also electrically heated. Pitot/static and AOA heat is selected 'On' for all flight operations.

All anti-ice systems are capable of being tested on the ground before takeoff. Annunciation of ice accumulation is activated by a vibrating probe ice detector installed on the nose of the aircraft.

### Built-In-Test (BIT)/Central Maintenance Computer (CMC)

The Central Maintenance Computer (CMC) is an interface device that provides a complete history of aircraft systems performance by collecting member system LRUs/LRMs fault reports and presenting them to the appropriate display. The CMC has the ability to link recorded faults to maintenance information such as wiring diagrams and component/installation procedures through CD-ROM formatted maintenance manuals that can be displayed on an external remote terminal.

This reliable in-depth BIT capability greatly reduces overall aircraft maintenance with effective fault isolation that drastically reduces both equipment and labor costs. Likewise, BIT provides reduced maintenance downtime and increased availability by eliminating the need for multiple replacement of suspect LRUs/LRMs to meet dispatch requirements.

 **Specification & Description**

---

## 13. Flight Compartment and Avionics

The cockpit accommodates a crew of two with the compartment arranged for dual pilot operation. Navigation chart stowage, for a minimum of eight map binders, is provided within easy reach.

All instruments required for flight are within each crew member's optimum visual zone, and the master caution/warning annunciators are located in the glareshield in front of each crew member. Cockpit instruments and displays are fully visible under a wide variety of lighting conditions including direct sunlight and full dark. The cockpit has sun visors for crew convenience.

The aircraft monitors and advises the crew of all safety related systems functions with both visual and, when required, audible cues. The cockpit is designed to be dark/quiet, i.e., annunciators are normally extinguished and will illuminate only in response to abnormal conditions.

The crew seats meet the relevant requirements for dynamic and static test of FAR Part 25 and JAR Part 25. Each seat is equipped with a five point restraint harness. The two main seats have fore/aft tracking, recline adjustment, vertical adjustment, lumbar adjustment, inboard and outboard armrests, and head supports.

The Integrated Flight Control System and Avionics are provided by Honeywell. The Honeywell Primus Epic™ features a five-display format utilizing 8 inch by 10 inch LCD (Liquid Crystal Display) panels.

In addition to the Primary Flight Displays and the Multifunction Displays, the Epic™ system features EICAS (Engine Indicating and Crew Alerting System). Honeywell, as the system integrator, has teamed with Sundstrand to provide a complete integrated utility system which incorporates numerous aircraft sub-systems into the avionics suite, thereby easing cockpit workload and reducing the number of controls and switches in the cockpit.

# Specification & Description





Hawker 4000 Flight Deck

1. Primary Flight Display (PFD)

2. Multifunction Display (MFD)

3. Engine Indicating and Crew Alerting System (EICAS)

4. Multifunction Control Display Unit (MCDU)

5. Primary Flight Display Controller

6. Flight Guidance Controller

7. MFD Display Reversion Control

8. PFD Source Reversion Control

9. Standby Flight Instrument Display

10. Landing Gear Selector

11. Nosewheel Steering Handwheel

12. Cursor Control Device (CCD)

13. Emergency Gear Extension

14. Power Levers

15. Speed Brake

16. Flap Selector

17. Engine Start

18. Handbrake

19. Gust Lock

20. Trim Control

17



# Specification & Description

## Avionics

The controlling elements of the avionics system are the two Modular Avionics Units (MAUs). The MAUs comprise the following line replaceable modules:

- Power Supply Modules
- Processor Modules
- Input/Output Modules
- Application Specific Modules (GPS, Autopilot, Fuel, etc.)

- Network Interface Modules
- Database Module
- CMC Module

The architecture of the MAU provides the flexibility to accommodate optional equipment as well as future avionics upgrades. The MAUs and most of the other avionics LRUs are installed in an avionics rack located just behind the co-pilot's bulkhead.

## Crew Control and Display

The Primus Epic™ Integrated Avionics System provides the following methods for the flight crew to interface with and operate the system.

The Primus Epic Electronic Display System (EDS) provides essential display information from sensor, engines, flight controls, navigation and performance systems to the pilot's prime viewing area. Display formats are variable to allow reduced clutter in certain flight conditions. The Multifunction Display (MFD) System is used in conjunction with the Weather Radar System to provide weather information.

It also provides navigation maps, synoptic displays, ground proximity terrain data, TCAS II information and checklists for pilots.

Controls:

- Dual Cursor Control Devices (CCD) – Supports Graphical User Interface (Soft Keys and Pull Down Menus)
- Multi-Function Control and Display Unit (MCDU) - Twelve line control keys (Control and display for FMS, Radio Tuning, Weather Radar, and Electrical Load Management Functions)
- Dedicated Control Interfaces - AFCS mode and Reversionary selection

The following indications related to operation of the powerplants are displayed on the EICAS:

- Oil pressure
- Fuel quantity and temperature
- Rotor speeds (N1 & N2)
- Interstage turbine temperature (ITT)
- Engine anti-ice on
- Auto-throttle status

- Oil temperature
- Fuel flow/fuel quantity
- Turbine vibration
- Engine ignition
- Thrust reverser status

## Specification & Description



**Crew Control and Display (continued)**

Other annunciations/indications provided on the EICAS:

- Landing gear status
- Speed brake status
- Annunciator messages
- Cabin altitude, pressure differential, and rate of climb/descent

- Flap position status
- Trim positions
- Cabin temperature
- Battery 1 and Battery 2 Voltage

**Communication**

Communications are provided primarily by the Primus Epic™ radio system. The radio system includes two way communication radios as well as navigation radios. It provides the standard navigation and communication functions including VOR, ADF, DME, ILS, GPS, Marker Beacon, VHF Communication, HF Communication and Mode S Transponder system. A digital audio system provides audio, interphone, passenger address, and an aural warning/tone generation system. All of this is housed in dual radio cabinets with line replaceable modules. Control for the system and for HF Communications is provided by dual Multi-function Control/Display Units (MCDU's) (shared with the Flight Management System). The HF Comm and telephone functionality is provided by the Collins HF-9000 with Selective Calling (SELCAL) compatibility and the airborne telephone.

The following is a listing of the standard communications equipment:

- Dual VHF Comms
- Single Collins HF-9000 HF Communications System with SELCAL
- Dual Mode S Diversity Transponders
- Dual Audio/Interphone/PA
- Airborne Telephone (Terrestial Based System)

**Flight Management**

The Honeywell Primus Epic™ avionics system performs flight management functions in the Processor Module of the MAU and stores the FMS databases in the MAU Memory Module. The FMS performs preflight planning, en-route flight path modification, and automatic execution for global and terminal area navigation. The flight management function integrates information from pilot, navigation sensors, and databases to automatically determine aircraft position and provide automatic navigation sensor management. Route planning, execution and performance calculations are also accomplished. The primary function of the FMS is to provide high accuracy lateral and vertical navigation.

**Hawker 4000**

# Specification & Description

## Flight Control

Flight control is provided by the Honeywell Primus Epic™ Automatic Flight Control System (AFCS). The AFCS processor resides in the Modular Avionics Unit (MAU). The fail-operational design of the AFCS provides automatic reversion following in-flight failure of one of the MAU's. Reversion is announciated to the crew and will result in no changes to mode selection or engage status. Each AFCS is designed to be fail-passive/fail-safe without reliance on the other AFCS. No single fault within the AFCS will cause a hazard to the aircraft. Self test for latent faults is built in so that exposure to latent faults within safety-essential hardware elements is minimized.

The Automatic Flight Control System (AFCS) provides the following functions:

- Autopilot (including automatic pitch trim)
- Yaw Damper
- Flight Director Guidance
- Mach trim

The AFCS functions controlled via the guidance panel include: flight director modes, pitch wheel references, engagement of the autopilot and yaw damper functions, and selection of left or right Primary Flight Display (PFD) data to be used by the AFCS. The Mach trim function will be engaged automatically upon system power up.

Dual Full Authority Auto-throttles are provided. They combine with the Automatic Flight Control System (AFCS) and the Flight Management System (FMS) to provide automatic, full-flight-regime energy management with a minimum of pilot inputs. Airspeed targets from the FMS are coupled with the autothrottle for tracking commands. The autothrottle also responds to manually selected speeds.

## Navigation

The navigation function is performed by processing the outputs from several avionics measurement sources in the processor modules of the MAU to generate navigation information that is necessary for safe flight. The navigation information is presented on the EFIS for pilot use in maneuvering the aircraft. The information presented is aircraft heading, attitude, altitude, airspeed, time, temperature, position, velocity, and route progress. The major sensor elements that provide the navigation measurements are the Digital Air Data Module, Inertial Measurement Unit, GPS Sensor Module, Radio Altimeter, Clock, VOR/LOC/GS/Marker Beacon Module, DME Module, and ADF Module.

The following is a listing of the standard navigation equipment:

- Dual Digital Air Data Systems
- Standby Digital Air Data Systems
- Dual VHF NAV (VOR/Marker Beacon/Localizer/Glideslope)
- Dual Inertial Reference Systems
- Single Radio Altimeter
- Dual DME, Single ADF
- Dual Global Positioning System

20

## Specification & Description



**Miscellaneous**

In addition to the specific functions described above, the avionics system will perform various miscellaneous functions to support the flight crew, ground crew, as well as passenger operation, information, and comfort.

The following is a listing of the standard miscellaneous avionics equipment:

- Solid State Cockpit Voice Recorder
- Aural Warning System
- Central Maintenance Computer (CMC)
- Primus 880 Weather Radar
- Dual AOA System
- Cabin Management and Entertainment System, including Airshow Network
- Dual Clocks (Displayed on the PFD's)
- Honeywell Enhanced Ground Proximity Warning System (EGPWS)
- TCAS II
- Internal/external CMC access (receptacles for lap top computer hook-up)



# Specification & Description

---

## 14. Interior

The Hawker 4000 standard interior offers approximately 912 cubic foot (25.83 cu. m) of cabin space (not including the rear baggage compartment) providing comfortable passenger and crew seating. The cabin headroom is 6 ft 0 in. (1.83 m), which is constant throughout the length of the cabin. Cabin width is 6 ft 5½ in. (1.97 m). The length of the cabin is 25 ft 0 in. which includes the private lavatory compartment at the rear of the aircraft.

The standard seating layout is for 8 passengers featuring a 'double club four' arrangement. Each seat is equipped with side tracking and reclining capability. The controls for the side tracking mechanism are located in the armrest. The seat recline button is located on the inboard side of the armrest.

Cabinetry in the standard aircraft consists of a large galley on the forward right side of the cabin opposite the entry door. Closets are located either side of the entry door. Large, 24 inch wide executive writing tables are provided between each individual seat position which stow in the sidewall panels. The lavatory area at the rear of the cabin features a flushing toilet with external servicing and a wash basin with hot and cold water.

Aft of the lavatory is the baggage compartment which features access internally and externally. The baggage compartment can be accessed during flight through a door in the secondary rear pressure bulkhead.

## Specification & Description





Standard Eight Seat Arrangement

Key:

B = Baggage
G = Galley
L = Lavatory Compartment
C = Closet
A = Avionics

Hawker 4000 Interior Layout

23



# Specification & Description

## 15. Exterior

Distinctive exterior styling featuring polyurethane paint is provided.

## 16. Additional Equipment

| | |
|---|---|
| Aircraft Keys and Wallet | Pilot/Co-pilot Cockpit Maintenance Seat Covers (2) |
| Screwdriver | Fuel Sampling Tool |
| Static Vent Plugs (4) | Rigging Pin Set |
| ECU Exhaust Cover | Dorsal Intake Blank |
| Engine Intake/Thrust Reverser Covers | Emergency Exit Locking Pins |
| Thrust Reverser Lockout Straps/Pins | |

## 17. Emergency Equipment

| | |
|---|---|
| Crew & Passenger Oxygen | Fire Extinguisher in Cockpit & Cabin |
| Individual Flotation Devices | Fire Axe |
| Flashlight | |

## 18. Documentation & Technical Publications

| | |
|---|---|
| Certificate of Aircraft Registration | Certificate of Airworthiness |
| Aircraft Component Serial No. Inventory | Aircraft Log Book |
| Engine Log Books | Aircraft Maintenance Manual ** |
| Maintenance Schedule | Illustrated Parts Catalog * |
| Weight and Balance Manual | Wiring Diagram Manual * |
| Main Battery Logs | Auxiliary Power Unit Log Book |
| Flight Manual | Crew Manuals |
| Tool and Equipment Manual * | Structural Repair Manual * |
| Component Maintenance Manual * | Passenger Safety Procedures Briefing Cards |

*Available on CD-ROM - paper copy is optional*

**Available on CD-ROM and interactive with the diagnostic function of the CMC.*

*Note: Additional loose equipment, manuals and instruction guides not specified here may also be supplied.*

# Specification & Description



---

### 19. Factory Aircraft and Comprehensive Tracking System

The Raytheon Aircraft Factory Aircraft Comprehensive Tracking System (FACTS) is a program that provides computerized aircraft maintenance tracking with all data being exchanged electronically.

The FACTS program is a full service aviation management system that continually monitors the entire range of aircraft maintenance and inspection requirements and brings them to the attention of the operator as they become due. FACTS is an electronic version of the inspection and service information found in each model's maintenance manual and therefore qualifies as a factory approved inspection program.

Raytheon Aircraft Customer Support personnel work closely with aircraft operators to be sure that FACTS data is as accurate and complete as possible. This is an aircraft specific program that is tailored to each specific aircraft serial number.

The first five (5) years of FACTS service is provided at no charge to Buyers of a new Hawker 4000. Subsequent years of FACTS membership are available through an annual subscription.

This program reflects Raytheon Aircraft's commitment to provide all Hawker 4000 operators worldwide with the finest support services available.

### 20. Hawker 4000 New Aircraft Limited Warranty

The aircraft, equipment and modifications, purchased under the terms and provisions of an Aircraft Purchase Agreement, which incorporates this "MANUFACTURER'S LIMITED WARRANTY" by reference, will be collectively referred to hereinafter as the "Aircraft". The term "Buyer" will hereinafter refer to the party who is purchasing the Aircraft and is designated the "Buyer" in the aforementioned Aircraft Purchase Agreement. All new Hawker 4000 Aircraft are covered by the following "MANUFACTURER'S LIMITED WARRANTY", which gives Buyer specific legal rights. The law of Kansas applies to this warranty. All warranty work must be accomplished by a Raytheon Authorized Service Center rated to perform maintenance on Hawker 4000 aircraft.

A. RAYTHEON AIRCRAFT COMPANY'S ("RAYTHEON") LIMITED WARRANTY.

1. Subject to the limitations and conditions hereinafter set forth, Raytheon warrants, at the time of delivery by Raytheon, each part of the Aircraft manufactured by Raytheon to be free from (i) defects in materials or workmanship, and (ii) defects in design that in view of the state-of-the-art as of the date of manufacture should have been foreseen; provided, however, that the defect must be discovered and reported to Raytheon within ten (10) years, or ten thousand (10,000) hours of Aircraft operation from the date of delivery of the Aircraft to Buyer (twenty-four [24] months of Aircraft operation in the case of exterior paint and interior finish items designed, manufactured or installed by Raytheon).

2. Subject to the limitations and conditions hereinafter set forth, Raytheon warrants, at the time of delivery by Raytheon, each part of the Aircraft not manufactured by Raytheon, except avionics equipment and engines (reference paragraphs C and D below), to be free from (i) defects in material or workmanship, and (ii) defects in design that in view of the state-of-the-art as of the date of manufacture should have been foreseen; provided, however, that the defect must be discovered and reported to Raytheon within five (5) years of Aircraft operation from the date of delivery of the Aircraft to Buyer.



# Specification & Description

3. The entire extent of Raytheon's liability shall be limited to that of either reimbursing Buyer for its costs of purchasing a rebuilt, overhauled or repaired part from either Raytheon or a properly rated Raytheon Aircraft Authorized Service Center or, at Raytheon's election, reimbursing Buyer for its costs of having the part repaired at a properly Rated Raytheon Authorized Service Center. If Raytheon elects not to repair the part and if neither a rebuilt, overhauled or repaired part is, in Raytheon's opinion, timely available then Raytheon will reimburse Buyer for its costs of purchasing a new part from either Raytheon or a properly Rated Raytheon Authorized Service Center. The labor necessary to remove from the Aircraft any part or parts and to reinstall in the Aircraft such part or parts, as well as any repair made as the result of improper installations by Raytheon, shall be covered by this Warranty, provided the work is performed at a properly Rated Raytheon Aircraft Authorized Service Center. The part to be replaced must in all instances be returned shipping prepaid to Raytheon. RAYTHEON'S LIMITED WARRANTY will apply to any part repaired or replaced by a properly Rated Raytheon Authorized Service Center pursuant to RAYTHEON'S LIMITED WARRANTY: however, the applicable warranty for such part repaired or replaced shall be limited to the unexpired portion of RAYTHEON'S LIMITED WARRANTY described in paragraph (1) or (2) above, as applicable. In other words, the warranty period of the part repaired or replaced does not start over from the date of reinstallation.

4. Routine services (such as inspections, cleaning, adjustments etc.) and replacement of items which deteriorate from wear or exposure (such as bulbs, tires, brakes, hoses, belts, etc.) are not covered by this LIMITED WARRANTY. Such routine services and replacements required during the course of operation are not considered to be the result of any defect in the Aircraft.

## B. LIMITATIONS APPLICABLE TO RAYTHEON'S LIMITED WARRANTY.

1. Raytheon will be relieved of all obligations and liability under this Warranty if:

i. The alleged defect in the part is due to expected normal wear and tear (such as that is normally expected to paint, upholstery, trim items, etc...) or to misuse or neglect on the part of someone other than Raytheon; or

ii. Raytheon's identification mark or name or serial number has been removed from the part in question; or

iii. The Aircraft and/or equipment have not been maintained, operated or stored either in accordance with applicable manuals, communications or other written instructions of Raytheon or any manufacturer of the part involved, or in accordance with applicable Federal Aviation Regulations and advisory circulars unless Buyer shows that such maintenance, operation or storage was not a contributory cause of the defect; or

iv. The part in question has been modified or altered after delivery other than by Manufacturer or in accordance with a modification or alteration scheme approved in writing by the Manufacturer; or

v. The Aircraft is used for purposes other than conventional owner/operator usage. Usage not considered conventional owner/operator includes, but is not limited to, scheduled airline operations, shared ownership fleets, government/military or special mission operations.

# Specification & Description



2. For the purpose of this Warranty, no part of the Aircraft or equipment will be regarded as breaching the LIMITED WARRANTY merely because, subsequent to its delivery, some modification or alteration becomes necessary for product improvements or in order to meet a change in the requirements of any applicable Federal Aviation Regulation.

3. TO THE EXTENT ALLOWED BY APPLICABLE LAW, BUYER WAIVES AS TO RAYTHEON AND SELLER ALL OTHER WARRANTIES, WHETHER OF MERCHANTIBILITY, FITNESS OR OTHERWISE. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF.

4. TO THE EXTENT ALLOWED BY APPLICABLE LAW, THE OBLIGATIONS OF RAYTHEON SET FORTH HEREIN SHALL BE THE EXCLUSIVE REMEDIES FOR ANY BREACH OF WARRANTY HEREUNDER, AND, TO THE SAME EXTENT, NEITHER RAYTHEON NOR SELLER SHALL BE LIABLE FOR ANY GENERAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES, INCLUDING, WITHOUT LIMITATION, ANY DAMAGES FOR DIMINUTION OF MARKET VALUE, LOSS OF USE OR LOSS OF PROFITS, OR ANY DAMAGES TO THE AIRCRAFT CLAIMED BY BUYER OR ANY OTHER PERSON OR ENTITY UPON THE THEORIES OF NEGLIGENCE OR STRICT LIABILITY IN TORT.

5. ANY ACTION BY BUYER FOR BREACH OF THIS WARRANTY BY EITHER RAYTHEON OR SELLER MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES.

**C. STANDARD AVIONICS WARRANTED BY APPLICABLE MANUFACTURERS.**

Factory installed standard avionics equipment is warranted by the respective manufacturers for varying periods of time. Details of these programs are available from the applicable manufacturer. The majority, but not all, of the Standard Equipment Avionics Suite is manufactured by Honeywell Inc.. The following is a summary of the five (5) year Limited Warranty provided by Honeywell, Inc. with respect to the portion of Standard Equipment Avionics Suite manufactured by Honeywell, Inc.:

**STANDARD AVIONICS WARRANTED BY HONEYWELL**

Honeywell's Hawker 4000 - "Standard Avionics" - Warranty is defined as five (5) years from the date of delivery of the Hawker 4000 Aircraft to Raytheon's first retail Buyer ("Buyer").

1. The Warranty Period is SIXTY (60) MONTHS for Equipment fitted to a new Hawker 4000 Aircraft (or purchased with a new aircraft for 'initial provision' spares). The Warranty Period to the Buyer begins on the delivery of the Aircraft to the Buyer.

2. The Warranty Period for all SPEX Exchange Program Units used on corporate aircraft, supplied from Honeywell either directly of indirectly to the Buyer on a warranty exchange basis during an active Warranty Period, is the balance of any then-applicable Warranty remaining to the Buyer.

3. The Warranty Period for all repaired LRU Equipment, returned either directly or indirectly to the Buyer from Honeywell during an active Warranty period, is the balance of any then-applicable Warranty remaining to the Buyer.

The following terms and conditions are applicable to Honeywell's, "Standard Avionics" Warranty as follow:

27

 **Specification & Description**

**STANDARD SERVICE WARRANTY**

1. HONEYWELL INC., COMMERCIAL FLIGHT SYSTEMS GROUP (HEREIN CALLED THE "HONEYWELL"), WARRANTS TO ITS CUSTOMER (BEING HEREIN CALLED THE "BUYER") THAT, AT THE TIME OF DELIVERY, ALL ARTICLES SERVICED BY HONEYWELL WILL BE FREE FROM DEFECTS IN MATERIAL AND WORKMANSHIP, AND UNDER RECOMMENDED USE AND SERVICE, WILL CONFORM TO THE REQUIREMENTS FOR WHICH THE ARTICLE WAS INTENDED.

2. HONEYWELL'S OBLIGATION UNDER THIS WARRANTY IS LIMITED TO REPAIRING, OR AT HONEYWELL'S OPTION REPLACING, AT ANY ONE OF ITS SUPPORT CENTERS OR AT ITS FACTORY OR AT THE BUYER'S SITE, ANY DEFECTIVE ARTICLE OR PART RETURNED BY THE BUYER TO ANY SUCH SUPPORT CENTER OR TO SUCH FACTORY OR TO HONEYWELL AT THE BUYER'S SITE, IN ACCORDANCE WITH THE FOLLOWING:

A. OVERHAULED ARTICLES

ARTICLES RETURNED TO HONEYWELL BY BUYER FOR OVERHAUL WILL HAVE BEEN DISASSEMBLED, CLEANED, INSPECTED, REWORKED, REASSEMBLED AND TESTED PER HONEYWELL'S APPLICABLE OVERHAUL MANUAL. THESE ARTICLES CARRY A WARRANTY OF ONE (1) YEAR AFTER DELIVERY ON WORKMANSHIP, ALL MECHANICAL OR ELECTROMECHANICAL ASSEMBLIES, AND ON THOSE ELECTRONIC PARTS OR ELECTRONIC ASSEMBLIES THAT WERE REPLACED AT TIME OF OVERHAUL.

B. OTHER SERVICE ACTIONS

ARTICLES RETURNED TO HONEYWELL BY BUYER FOR SERVICE ACTIONS OTHER THAN OVERHAUL CARRY A WARRANTY OF SIX (6) MONTHS AFTER DELIVERY, LIMITED TO THE REPAIR OR REPLACEMENT OF PARTS AND/OR SUBASSEMBLIES REPLACED DURING THE SERVICE ACTION AND ASSOCIATED WORKMANSHIP.

C. NOTIFICATION PERIOD

NOTIFICATION OF ANY DEFECT CLAIMED UNDER 2.A. AND 2.B. ABOVE MUST BE GIVEN TO HONEYWELL WITHIN THIRTY (30) DAYS AFTER DISCOVERY OF SUCH DEFECT.

3. EXCEPT FOR A WARRANTY OF TITLE AND THE WARRANTY SET FORTH IN PARAGRAPH 1. ABOVE, THERE ARE NO WARRANTIES, EXPRESS, IMPLIED, OR IMPLIED BY LAW, APPLICABLE TO THE ARTICLES FURNISHED UNDER THIS ORDER; AND EXCEPT AS SPECIFICALLY SET FORTH HEREIN HONEYWELL MAKES NO WARRANTY, EXPRESSED OR IMPLIED, OF MERCHANTIBILITY OR FITNESS FOR ANY PARTICULAR PURPOSE; AND HONEYWELL SHALL HAVE NO OTHER OBLIGATION OR LIABILITY, WHETHER UNDER THIS ORDER, OR OTHERWISE, ON ACCOUNT OF SUCH ARTICLES. IN NO EVENT SHALL HONEYWELL BE LIABLE FOR SPECIAL OR CONSEQUENTIAL DAMAGES.

# Specification & Description



## D. ENGINES WARRANTED BY PRATT & WHITNEY CANADA.

Engines are warranted by their manufacturer, Pratt & Whitney Canada. Details of the engine warranty are available from Pratt & Whitney Canada. An outline of that engine warranty is as follows:

### WARRANTY FOR NEW ENGINES

Pratt and Whitney Canada Inc. (P&WC) warrants that at the time of delivery all parts of a new engine comply with the relevant specification and are free from defects in material and workmanship and that the engine shall be free from defects in design, having regard to the state of the art at the time of said design and the requirements for the engine as installed on the aircraft.

This warranty shall take effect immediately upon acceptance of the engine by the Buyer, either installed in an aircraft or delivered as a spare, and shall remain in force until the expiration of five (5) years from delivery to the first operator or the completion of 3,000 operating hours, whichever occurs first. This warranty is transferable to subsequent operators.

### COVERAGE

During the warranty period, P&WC will repair or replace any parts found to be defective (including resultant damage to the engine) during the warranty period. Such replacement may, at P&WC's option, be made with new parts or serviceable parts.

P&WC will pay reasonable troubleshooting labor, engine removal and reinstallation costs and transportation costs (excluding insurance, duties and taxes) to and from a repair facility designated by P&WC Warranty Administration.

When a rental engine is required to support an engine removal covered by the terms of this warranty, P&WC will provide a special warranty engine rental rate based on the reasonably expected engine maintenance cost for the operator's mission profile.

The operator is responsible for the costs of scheduled maintenance during the warranty period, including but not limited to, routine line maintenance and adjustments, hot section inspection and refurbishment, and engine overhaul. Removal of a part from service because of hourly, cyclic, normal wear and tear or other limitations on its continued use specified in P&WC maintenance or service documents, will not constitute a defect under this warranty, but may be supported on a pro rata (pay for use) basis under the Primary Parts Service Policy.

Notice of a warranty defect must be provided to P&WC within thirty (30) days of the occurrence, and P&WC reserves the right to refuse any warranty claim received more than 180 days after removal from operation of any engine or engine part.

### APPLICATION

This Warranty For New Engines applies only to engines operated in non-military aircraft used for commercial, corporate, or private transportation service.

### OPERATOR'S RESPONSIBILITIES

The operator is responsible for operating and maintaining the engine, and the cost thereof, in accordance with applicable manuals and recommendations. This includes, but not limited to routine lie maintenance and adjustments, hot section inspection and refurbishment and engine overhauls described

 Specification & Description

in P&WC manuals and required by regulatory authorities. All warranty repairs must be carried out at a facility designated by P&WC warranty administration. P&WC shall not be responsible for defects or damages, and the costs thereof, resulting from improper use or maintenance, normal wear and tear, accident, foreign object damage (FOD), erosion, corrosion, sulphidation or any other cause beyond the control of P&WC.

LIMITATIONS

This is the only warranty applicable to the engine and is given and accepted in place of all other warranties or remedies, express or implied, including without limitation any warranties as to MERCHANTIBILITY or fitness for purpose. In no event shall P&WC be responsible for incidental or consequential damages.

OTHER TERMS AND CONDITIONS APPLY TO THE WARRANTY. A COMPLETE COPY OF THE WARRANTY FOR NEW ENGINES MAY BE OBTAINED FROM P&WC PARTS AND COMMERCIAL SERVICES ON REQUEST.

## 21. Hawker 4000 Crew Training Agreement

Training will be provided by a Raytheon Aircraft Company contracted training provider (hereinafter "Trainer").

Buyer shall be entitled to personnel training as follows:

Ground·school and flight simulator training for two (2) pilot trainees, each of whom shall hold at least a valid U.S Commercial Pilot's Certificate with both instrument and multi-engine land ratings or a valid foreign equivalent, and a minimum of One Thousand Five Hundred (1,500) hours total aircraft pilot time.

Trainer shall employ its standard ground school training. Trainer shall employ flight simulator training reasonably calculated to lead to achievement of a Hawker 4000 type rating for two (2) pilots. Flight simulator training for the trainees shall not exceed sixteen (16) hours each, except as otherwise mutually agreed. If flight training in the aircraft is required, the schedule and number of flight hours will be mutually agreed at such time.

In addition to pilot training referenced above, Trainer shall provide standard training for two (2) maintenance mechanics, each of whom shall hold at least a valid U.S A&P Mechanics Certificate or valid foreign equivalent. Maintenance training shall not exceed ten (10) training days, except as otherwise mutually agreed.

The curriculum and satisfactory performance standards for all training shall be determined solely by Trainer who employs the same methods and efforts to complete all training as it employs to train other pilots and mechanics. Trainer cannot guarantee or otherwise assure successful completion of training or final qualification for any certificate or rating. Neither does Trainer assume any responsibility or liability for training delay or incompletion due to factors beyond its control. Should additional training be required in Buyer's aircraft, expenses associated with the operation of the aircraft shall be the responsibility of Buyer.

Neither Manufacturer, Seller nor Trainer shall be responsible for the competency of the Buyer's trainees during and after the training. Trainer will make the same efforts to qualify Buyer's crew as it makes in

30

# Specification & Description



training of other Hawker 4000 crews; however, Manufacturer, Seller or Trainer cannot guarantee Buyer's crew shall qualify for any license, certificate or rating.

Buyer shall be responsible for all transportation and living expenses of all trainees and all costs of operating, maintaining and insuring the aircraft while used for training, as well as costs for interpreter if Trainees are not conversant in English or Spanish. Buyer shall furnish trainer with certificates of adequate aircraft liability and hull insurance coverage prior to commencing flight training and shall cause its insurer to name Trainer as an additional insured under its aircraft liability policy and waive all rights of subrogation against Trainer under its aircraft hull policy.

All training described herein shall be available only if commenced within twelve (12) calendar months after delivery of the aircraft and shall be provided at the Trainers facility in Wichita, Kansas; or such other place as may be mutually agreed to by Trainer and Buyer. Manufacturer, Seller or Trainer shall schedule all training, furnish Buyer schedules of training and endeavor to schedule training at a convenient time for Buyer. A cancellation fee of One Hundred Dollars ($100) will be paid to Trainer by Buyer if crew fails to appear for scheduled training, except for reasons beyond its control, unless Buyer gives trainer written notice of cancellation received at Wichita, Kansas, at least seven (7) days prior to scheduled training. In the event of such cancellation, Buyer shall reschedule training for the next available class.

The Buyer's execution of Aircraft Purchase Agreement, of which the Specification and Description is a part, constitutes Buyers acceptance of the foregoing terms and conditions pertaining to the training to be furnished thereunder.



**Raytheon** Aircraft Company

Hawker
Raytheon Aircraft Company
10511 E. Central
Wichita, Kansas 67206

This document is published for the purpose of providing general information for the evaluation of the design, performance and equipment of the Hawker 4000.

892-33833
Release Date: November 2005

EXHIBIT B

Exhibit B



**HORIZON SPEC SHEET**

**Date:** 8/18/05          **S/N:** RC-8          **Customer:** RAC DEMO

**Avionics/Equipment Options Selected**

Flight Deck Options:
- o   None

FAR Part 135 Options:
- o   None

Optional Cabin Arrangements:
- o   00710 – Premium One Chair Option Package – ALL CHAIRS
- o   00720 – Forward Cabin Pocket Doors

Cabin Information & Entertainment Systems:
- o   00730 – Second 15" Cabin LCD Display

Miscellaneous Options:
- o   00156 – Long Range Oxygen (2 x 22 Cu. Ft. Bottles)
- o   00442 – Portable Oxygen Bottle In Cabin
- o   00122 – External Refuel Panel
- o   00750 – Cockpit Floor Storage Compartment
- o   00373 – Belted Lavatory Seat

-1-

Exhibit B



## Interior Design Material Order List

**Date:** 8/18/05        **S/N:** RC-8        **Customer:** RAC Demo

1. <u>HEADLINER & PSU:</u> (Pollack & Associates) Tailor-Made 5031, Custom Color #2

2. <u>WINDOW PANEL:</u> (Pollack & Associates) Tailor-Made 5031, Custom Color #2

3. <u>WINDOW SHADES:</u> (PPI),

4. <u>CABIN UPPER SIDEWALL:</u> (Luna) Lumiere, VLM-500 Black

5. <u>CABIN LOWER SIDEWALL UPPER:</u> (S. Harris) Mombo-H, Raven

6. <u>LAVATORY SIDEWALL (LH Outboard):</u> (Pollack & Associates) Tailor-Made 5031, Custom Color #2

7. <u>VESTIBULE CURTAIN:</u> (Luna) Lumiere, VLM-500 Black

8. <u>COCKPIT CURTAIN:</u> (Luna) Lumiere, VLM-500 Black

9. <u>VESTIBULE, CABIN & LAVATORY CARPET:</u> (Kalogridis), Celadon Mombo #8408

10. <u>MAIN CABIN CHAIRS:</u> (Townsend) Heritage Sesame HT-036

11. <u>DIVAN:</u> N/A

12. <u>LAVATORY SEAT:</u> (Townsend) Heritage Sesame HT-036

-2-

Exhibit B



## Interior Design Material Order List

**Date:** 8/18/05          **S/N:** RC-8          **Customer:** RAC Demo

13. <u>MAIN CABIN CHAIR CUSHION DENSITIES:</u> Soft on all chairs

14. <u>MAIN CABIN CHAIR CUSHION LENGTHS:</u>  Short on all chairs

15. <u>CABINTERY & PARTITIONS:</u>   (Carl Booth), Waterfall Bubinga, Log No.
    Stain per sample, High Gloss Finish

16. <u>CABINETRY HARDWOOD MOLDING:</u>  (Sunshine, Inc.), hardwood stained and
    finished to match veneer

17. <u>METAL FINISH:</u>   (High Tech Finishing), HT-706 Dark Aged Bronze

18. <u>GALLEY & VANITY COUNTERTOP:</u>   (AeroStone), AS-918 Gloss

19. <u>CABINETRY INTERIOR LAMINATE:</u>
    (Nevamar), Black Pearl Textured, S-6-14T, 1/32 vertical grade

    <u>VESTIBULE CABINET CLOSET LINING</u> :(Brentano, Inc.) Loopy Sandstone 5500-
01

20. <u>GALLEY CUTTING BOARD:</u>
    (Corian), Color: Bisque

21. <u>CABIN SIDE LEDGE STORAGE BOX PADS:</u>
    (Garrett), #B-8576 Elephant

22. <u>AFT LAVATORY/ BAGGAGE DOOR MIRROR:</u>
    (Cadillac Plastics), Bronze Jet Mirror, No. 327006

Exhibit B



## Interior Design Material Order List

Date: 8/18/05          S/N: RC-8          Customer: RAC Demo

24. COCKPIT COLOR: WARM/Beige tones
    includes the following specific materials:
    - Cockpit and airstair tread carpet: (A.I.P.), no. 571 Beige Tretford
    - Jepps manual storage cabinet laminate: (Formica) No. 858 Pumice
    - Cockpit chair paint: Black
    - Cockpit chair dress cover: (RAC) Stock, Pecan, No. 070-265
    - Cockpit chair sheepskin material: (Douglas) Color: Pepper Sheepskin
    - Cockpit Bulkheads (Douglas), No. 2255/108, Color: Beige Grospoint
    - Cockpit seat belts: (Amsafe), #8095 Polyester Brand Taupe
    - Cockpit Window Posts: (Tapis Corp.), Pattern: Brisa, Color: 3866 French Vanilla

25. AFT BAGGAGE COLOR: WARM/Beige tones
    - Baggage floor carpet: (A.I.P.), no. 571 Beige Tretford
    - Baggage lining – (Douglas), No. 2255/108, Color: Beige
    - Grills and metal parts – Paint to match grospoint

26. CABIN CHAIR SEAT BELTS: (Amsafe) #8036 Talc Matte

27. LAVATORY SEAT BELT: (Amsafe) #8036 Talc Matte

28. THROW PILLOWS:
    2 ea. bolster pillows: (S. Harris) Mombo-H, Raven
    2 ea. 14" pillows: (Luna) Lumiere, VLM-500 Black

29. CHINA, UTENSILS, CRYSTAL, SALT & PEPPER SHAKERS:
    Bone China with Black Band and Gold Accent; Standard Crystal, Utensils and Salt & Pepper Shakers.

Exhibit B



## Interior Design Material Order List

Date: 8/18/05                    S/N: RC-8                    Customer: RAC Demo

NOTES:

A. All metal finish in the cockpit to be black anodized. Should items not be able to anodized, plate with HIGH TECH. No. HT 202 Black Pearl Satin Brushed, No. 100357.

B. All metal finish on the aft baggage and FWD Closets are to be brushed aluminum. Should items not be able to be brushed aluminum, plate with HIGH TECH NO. HT 602 Chrome satin brushed.

C. Drawer rail and hinge color: BLACK.

D. If the Cabin Side Ledge Boxes are Kydex, DARK GREY, No. 52002 is the specified color.

E. See attached shop sketch no. TBD for exterior paint design and colors.

Revisions:

The following Additional Optional Equipment is incorporated:
1. 00700, Life Raft 6 Man (one)
2. 00205, 3 Place Divan (Aft LH Location)
3. 00395, Cabin Magazine Rack (one)
4. 00322 Second DVD/CD Player, mounted inside the LH aft vestibule cabinet (adjacent to the standard DVD player)
5. 00740, Pyramid Style Cabinet (one)
6. Exchange Magnastar for AirCell Satellite Phone (one) (This exchange may be incorporated after delivery at a mutually agreeable time and location.)

ADDENDUM

Dec-09-2005 16:24 From-RAYTHEON AIRCRAFT +3166/64891 T-555 P.002/001 F-281

# ADDENDUM
## HAWKER HORIZON - ECONOMIC PRICE ADJUSTMENT

THIS ADDENDUM ("Addendum") IS ATTACHED TO THE RAYTHEON HAWKER HORIZON AIRCRAFT PURCHASE AGREEMENT ("Purchase Agreement) between Raytheon Aircraft Company ("Seller") and IOTC Air, LLC ("Buyer").

WHEREAS, Seller and Buyer have accepted these terms and provisions as signified by their joint signature of the Purchase Agreement.

NOW THEREFORE, Seller and Buyer agree as follows:

1.   Priority of Terms and Provisions

The terms and provisions contained in this Addendum shall have the same effect as if they were set forth on the face of the Purchase Agreement, and shall supersede any conflicting terms and provisions contained in any other Exhibits or Addenda to the Purchase Agreement.

2.   Factory Aircraft Comprehensive Tracking System (FACTS)

Seller agrees, as part of the Aircraft Purchase Price to provide Buyer a five year subscription to the FACTS program at no cost to Buyer. FACTS is a computerized web-based aircraft maintenance management program offering a full service aviation management system that continually monitors the entire range of aircraft maintenance and inspection requirements and brings them to the attention of the operator as they become due. Additionally, Buyer authorizes Seller access to display and print the Aircraft records as necessary. This access will stay in effect until such time that Buyer notifies Seller of its decision to cancel this authorization.

3.   Demonstrator Aircraft

The Buyer understands and finds it acceptable that the Aircraft purchased herein is a demonstrator aircraft. Compensation for Seller's use of the Aircraft as a demonstrator has been provided to Buyer as part of the Sales Discount shown on the face of this Purchase Agreement. Buyer and Seller agree that Seller's use of the Aircraft for demonstrator service shall not exceed 250 flight hours of demonstrator service or go beyond December 31, 2006, unless otherwise mutually agreed. The Parties acknowledge that the Aircraft will have approximately 25 hours ("Approximate Hours") of flight time prior to entering into demonstrator service. Aforesaid Approximate Hours shall not apply towards the 250 hours of demonstrator service. Also, the Seller agrees, prior to Aircraft delivery, and after the Aircraft is out of demonstration service, to restore the Aircraft to a deliverable condition with normal

Dec-08-2005  18:24     From-RAYTHEON AIRCRAFT               +3168784891           1-588   P.003/007   F-281

wear, (NOTE: stains that are not removable, tears in fabric and floor coverings, and gouges in paint and finishes are not normal wear items). All warranties, except for the engines, commence upon date of Aircraft delivery to Buyer. The engine warranty commences upon the date of the first production flight of the Aircraft. Buyer and Seller further agree that inasmuch as the Aircraft will be utilized as the Seller's marketing vehicle, the Aircraft specifications shall be mutually agreeable between Buyer and Seller.

4.   Carpet

Prior to delivery of the Aircraft to Buyer, Seller shall install new carpet into the Aircraft. The new carpet shall be selected by Buyer from Seller's standard carpet offerings. The carpet selection shall be made no later than June 15, 2006.

5.   Training

Seller shall provide to Buyer, as a part of the Total Aircraft Purchase Price, a training/familiarization program for three (3) pilots through one time initial type training and for two (2) maintenance personnel through maintenance training, at FlightSafety International. All attendees shall possess the required qualifications. These training entitlements are provided in lieu of those described in Exhibit A, Article, 21.

6.   Certificate of Airworthiness

Seller shall provide a current United States Certificate of Airworthiness for the Aircraft.

7   Weight Reduction

If during the demonstration period prior to delivery to Buyer, Seller offers any weight improvements which are retrofitable into the Aircraft by means of an existing Seller Field Kit, Seller Service Bulletin or Seller STC applicable to the Aircraft purchased herein, Buyer shall have the option to have the weight reduction incorporated into the Aircraft at a mutually agreeable time and location. Seller shall pay all costs associated with the installation of said improvements. The improvement offer provided under this provision to Buyer is not transferable to subsequent owners of the Aircraft.

[signature page follows]

IN WITNESS WHEREOF, the parties have caused this Addendum to be executed by an authorized official on the date first set forth above.

Agreed for and on behalf of
Raytheon Aircraft Company,
a Kansas Corporation

Name: _Keri J. Day_

Title: _Manager - Contract Programs_

Date: _12-20-06_

Agreed for and on behalf of
IOTC Air, LLC

Name: _Henry Sargent III_

Title: _President_

Date: _8 Dec 05_

*Raytheon Aircraft Company*
*Amendment to*
*Aircraft Purchase Agreement*

**Amendment Number**
No. Two

**Raytheon** Aircraft

| 1. "Seller": | 2. "Buyer": | |
|---|---|---|
| Raytheon Aircraft Company | Name: | IOTC Air, LLC |
| 10511 E. Central | Address: | 3020 Military Trail, Suite 100 |
| Wichita, Kansas 67206 | City, State, Zip: | Boca Raton, FL  33431 |
| Fax: (316) 676-1910 | Fax Number: | 561-999-9506 |

3. Seller and Buyer hereby enter into this Amendment Number <u>One</u> ("Amendment") to the Aircraft Purchase Agreement ("Agreement") dated <u>December 20, 2005</u>, for the sale and purchase of one each, <u>Hawker 4000</u> aircraft, S/N <u>RC-8</u>, Registration Number <u>TBD</u> ("Aircraft").

**Purpose of Amendment**

The Purpose of This Amendment is to Revise the "X'd" Elements of the Agreement:

☐ Serial or "N" No.  ☐ Aircraft Specification  ☐ Additional Equip.

☒ Price and Payment  ☒ Delivery Schedule  ☐ Other

**Brief Description of Purpose of Amendment:**

1) Attachment 1, paragraph 7 is amended to change "one hundred eighty (180) days" to "ninety (90) days".
2) Attachment 1, paragraph 9 is amended to change "Buyer" on the last line to "Seller".
3) The following paragraph is hereby incorporated into the Addendum:

"8. <u>Late Delivery</u>
In the event the Confirmed Delivery Date is later than March 31, 2007, Seller shall provide Buyer an additional sales discount equal to Seventy-Five Thousand United States Dollars (U.S. $75,000.00) per month on the first of each month starting on April 1, 2007 through the Confirmed Delivery Date or June 30, 2007, whichever first occurs. If applicable, the additional discount will be reflected on the final invoice.

9. . <u>Gross Weight Increase</u>
Seller agrees to provide to Buyer the gross weight increase, which will provide minimum capability of full fuel and 6 passengers with the standard aircraft configuration. The gross weight increase will be installed at a mutually agreeable time and location when available for the Aricraft. Seller shall pay to have the installation complete. The gross weight increase provided under this provision to Buyer is not transferable to subsequent owners of the Aircraft.

4. Price and Payment Revisions (Applicable: yes ☐     no ☒)

5. Exhibits/Addenda that are attached and incorporated into this Amendment (Applicable: yes ☐     no ☒)

Revised Aircraft Scheduled Delivery Date (If Applicable):     March 2007

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL. BUYER HAS READ AND UNDERSTANDS THIS AMENDMENT. BUYER HAS BEEN GIVEN A COPY OF THIS AMENDMENT.

Accepted By Seller: Raytheon Aircraft Company     Accepted by Buyer: IOTC Air, LLC

By: *Lori J. Day*                    By: _____
Title: Lori J. Day, Manager-Program Contracts     Title: Harry Sargeant, III, President
Date: 12-22-06                Date: 12-22-06